JS-6

1
2
3
4
5
6
7
8              UNITED STATES DISTRICT COURT
9              CENTRAL DISTRICT OF CALIFORNIA
10
11   CLIFFORD CEDRIC WILLIAMS,      )      Case No. CV 06-6713-DDP (OP)
                                    )
                                    )      J U D G M E N T
12                Petitioner,       )
                                    )
13           v.                     )
                                    )
14   L. E. SCRIBNER, Warden,        )
                                    )
15                                  )
                  Respondent.       )
16   _____)

17        Pursuant to the Order Adopting Findings, Conclusions, and Recommendations

18   of the United States Magistrate Judge,

19        IT IS ADJUDGED that the Petition is denied and this action is dismissed with

20   prejudice.

21

22   DATED: 8-17-10

                                    HONORABLE DEAN D. PREGERSON
23                                  United States District Judge

24

     Prepared by:
25

26

27
     HONORABLE OSWALD PARADA
28   United States Magistrate Judge